Civil Action No. 15-cv-07213

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SEIU Healthcare Illinois & Indiana Central Office
was received by me on *(date)* 8-19-15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNIKA JIMENEZ, Receptionist , who is
designated by law to accept service of process on behalf of *(name of organization)* SEIU Healthcare Illinois &
Indiana at 2229 S. Halsted,Chicago,IL 60608 on *(date)* 8-20-15 at 1:42pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
DESCRIPTION: FEMALE, HISPANIC, AGE 18, 5'5", 170#, BROWN HAIR, GLASSES

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 21, 2015

*Server's signature* #0129-269087

BARRY A. SAVAGE, SR. - PROCESS SERVER #0129-269087
*Printed name and title*

LEGAL DOCUMENT MANAGEMENT, INC.
221 N. LASALLE STREET, SUITE 1906
CHICAGO, IL 60601
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| SANDY WINNER and LAURA BASTON, individually and on behalf of all other similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> GOVERNOR BRUCE RAUNER, in his official capacity as Governor of Illinois and SEIU HEALTHCARE ILLINOIS & INDIANA <br><br> *Defendant(s)* | Civil Action No. 15-cv-07213 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    SEIU Healthcare Illinois & Indiana
    Central Office
    2229 S. Halsted
    Chicago, IL 60608
    Attention, Keith Kelleher, President

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David A. Howard
    The Howard Law Firm LLC
    307 N. Michigan, Suite 1214
    Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 1 9 2015

*Signature of Clerk or Deputy Clerk*